Christopher Lovrien, CA Bar No. 230546
Joseph J. Boylan, CA Bar No. 331991
Joshua M. Mester, CA Bar No. 194783
JONES DAY
555 S. Flower St., 50th Floor
Los Angeles, CA 90071
Telephone:    +1.213.489.3939
Facsimile:    +1.213.243.2539
Email:    cjlovrien@jonesday.com
Email:    jboylan@jonesday.com
Email:    jmester@jonesday.com

Darren Cottriel, CA Bar No. 184731
JONES DAY
3161 Michelson Dr., # 800,
Irvine, CA 92612
Telephone:  +1 949.851.3939
Facsimile:   +1 949.553.7539
Email:    dcottriel@jonesday.com

*Attorneys for Plaintiffs*

*[Additional counsel listed on signature page.]*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| COMPEER FINANCIAL, ACA, COMPEER FINANCIAL, PCA, and COMPEER FINANCIAL, FLCA,<br><br>*Plaintiffs*,<br><br>v.<br><br>MICHAEL GRAHAM, CYNTHIA GRAHAM, DENNIS MORGAN, KRISTI INESS, and JD INVESTMENTS,<br><br>*Defendants*. | Civil Action No. 1:25-at-40<br><br>**PLAINTIFFS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for Plaintiffs Compeer Financial, ACA, Compeer Financial, PCA, and Compeer Financial, FLCA, certify that the following listed parties have a direct,

pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

1. The parent corporation for Compeer Financial, PCA and Compeer Financial, FLCA is Compeer Financial, ACA.

2. No publicly held corporation holds ten percent (10%) or more of the stock of Compeer Financial, ACA.

Compeer Financial, ACA is a citizen of the state of Wisconsin with its principal place of business at 2600 Jenny Wren Trail, Sun Prairie, WI 53590-7046.

Dated: January 10, 2025

JONES DAY

By: */s/ Darren Cottriel*

Christopher Lovrien, CA Bar No. 230546
Joseph J. Boylan, CA Bar No. 331991
Joshua M. Mester, CA Bar No. 194783
JONES DAY
555 S. Flower St., 50th Floor
Los Angeles, CA 90071
Telephone: +1.213.489.3939
Facsimile: +1.213.243.2539
cjlovrien@jonesday.com
jboylan@jonesday.com
jmester@jonesday.com

Darren Cottriel, CA Bar No. 184731
JONES DAY
3161 Michelson Dr., # 800
Irvine, CA 92612
Telephone: +1 949.851.3939
Facsimile: +1 949.553.7539
dcottriel@jonesday.com

William D. Coglianese (*pro hac vice* forthcoming)
Michael Bradley (*pro hac vice* forthcoming)
JONES DAY
51 Louisiana Ave. NW
Washington, DC 20001
Telephone:  +1.202.879.3939
Facsimile:  +1.202.626.1700
wcoglianese@jonesday.com
michaelbradley2@jonesday.com

*Attorneys for Plaintiffs*
*Compeer Financial, ACA,*
*Compeer Financial, PCA, and*
*Compeer Financial, FLCA*

- 3 -

FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT