# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| | |
|---|---|
| COMPEER FINANCIAL, ACA, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:25-cv-00049-JLT-SKO |
| MICHAEL GRAHAM, et al., ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Compeer Financial, ACA, Compeer, PCA, and Compeer Financial, FLCA.

Date: January 23, 2025

/s/ Joseph J. Boylan
*Attorney's signature*

Joseph J. Boylan / CA SBN 331991
*Printed name and bar number*

555 South Flower Street, Fiftieth Floor
Los Angeles, California 90071
*Address*

jboylan@jonesday.com
*E-mail address*

213.489.3939
*Telephone number*

213.243.2539
*FAX number*