| | |
|---|---|
| Christopher Lovrien, CA Bar No. 230546<br>Joseph J. Boylan, CA Bar No. 331991<br>Joshua M. Mester, CA Bar No. 194783<br>JONES DAY<br>555 S. Flower St., 50th Floor<br>Los Angeles, CA 90071<br>Telephone: +1.213.489.3939<br>Facsimile: +1.213.243.2539<br>cjlovrien@jonesday.com<br>jboylan@jonesday.com<br>jmester@jonesday.com<br><br>Darren Cottriel, CA Bar No. 184731<br>JONES DAY<br>3161 Michelson Dr., # 800<br>Irvine, CA 92612<br>Telephone: +1 949.851.3939<br>Facsimile: +1 949.553.7539<br>dcottriel@jonesday.com<br><br>William D. Coglianese (*pro hac vice*)<br>Michael Bradley (*pro hac vice*)<br>JONES DAY<br>51 Louisiana Ave. NW<br>Washington, DC 20001<br>Telephone: +1.202.879.3939<br>Facsimile: +1.202.626.1700<br>wcoglianese@jonesday.com<br>michaelbradley2@jonesday.com<br><br>*Attorneys for Plaintiffs* | Whitney, Thompson & Jeffcoach LLP<br>Timothy L. Thompson, #133537<br>Jacob S. Sarabian, #322108<br>970 W. Alluvial Ave.<br>Fresno, California 93711<br>Telephone: (559) 753-2550<br>Facsimile: (559) 753-2560<br>mwhitney@wtjlaw.com<br>jsarabian@wtjlaw.com<br><br>Attorneys for Michael Graham and Cynthia Graham<br><br>Miles Ehrlich (SBN 237954)<br>Alexander Setzepfandt (SBN 340207)<br>EHRLICH & CRAIG LLP<br>803 Hearst Avenue<br>Berkeley, CA 94710<br>Telephone: 510.548.3600<br>Facsimile: 510.291.3060<br>miles@ehrlich-craig.com<br>alex@ehrlich-craig.com<br><br>Attorneys for Defendants Dennis Morgan and J D Investments |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA—FRESNO DIVISION

| | |
|---|---|
| COMPEER FINANCIAL, ACA<br>COMPEER FINANCIAL, PCA, and<br>COMPEER FINANCIAL, FLCA,<br><br>*Plaintiffs*,<br><br>v.<br><br>MICHAEL GRAHAM, CYNTHIA GRAHAM, DENNIS MORGAN, KRISTI INESS, and JD INVESTMENTS,<br><br>*Defendants*. | Civil Action No. 1:25-cv-00049-JLT-SKO<br><br>**JOINT STIPULATION BETWEEN PLAINTIFFS AND DEFENDANTS MICHAEL GRAHAM, CYNTHIA GRAHAM, DENNIS MORGAN, AND J D INVESTMENTS, AND UNOPPPOSED MOTION TO EXTEND TIME; ORDER** |

Plaintiffs Compeer Financial, ACA, Compeer Financial, PCA, and Compeer Financial, FLCA (collectively, "Plaintiffs"), Defendants Michael Graham and Cynthia Graham ("Graham Defendants"), and Defendants Dennis Morgan and J D Investments ("Morgan Defendants") (collectively, "the Parties"), by and through undersigned counsel, hereby enter this Joint Stipulation and state as follows:

1. **WHEREAS**, Plaintiffs served the Morgan Defendants with the summonses and complaint in this case (the "Complaint") on January 10, 2025, and served the Graham Defendants with those documents on January 11, 2025;

2. **WHEREAS**, the Morgan Defendants' current response deadline is February 3, 2025, and the Graham Defendants' response deadline is February 4, 2025;

3. **WHEREAS**, the Graham Defendants and Morgan Defendants recently retained counsel in this matter and require additional time to respond to the Complaint;

4. **WHEREAS**, the Parties agree that the response deadline for all Defendants would ideally be aligned, so that any motion to dismiss briefing could be resolved at the same time;

5. **WHEREAS**, counsel for the Graham Defendants and Morgan Defendants have time that is impacted by other matters, respectively including three depositions next week and representing eight witnesses in a trial set to begin on February 18, 2025; and

6. **WHEREAS**, this is the first request for an extension of this deadline;

**NOW THEREFORE**, the Parties hereby stipulate and agree:

1. Pursuant to Federal Rule of Civil Procedure 6 and Local Rule 144, for good cause shown above, the Parties, by and through their attorneys, stipulate to an extension of time for the Graham Defendants and Morgan Defendants to respond to the Complaint, to **March 6, 2025**.

**IT IS SO STIPULATED.**

Dated: January 30, 2025        By:    /s/ Joseph Boylan
                                      Joseph Boylan

                                      *Counsel for Plaintiffs Compeer Financial, ACA, Compeer Financial, PCA, and Compeer Financial, FLCA*

Dated: January 30, 2025        By:    /s/ Jacob Sarabian
                                      Jacob Sarabian

                                      *Counsel for Defendants Michael Graham and Cynthia Graham*

Dated: January 30, 2025        By:    /s/ Alexander Setzepfandt
                                      Alexander Setzepfandt

                                      *Counsel for Defendants Dennis Morgan and J D Investments*

**ORDER**

Pursuant to the parties' stipulation and unopposed motion (Doc. 24), and for good cause shown, the time for Michael Graham, Cynthia Graham, Dennis Morgan, and J D Investments (the "Defendants") to respond to Compeer Financial, ACA, Compeer Financial, PCA, and Compeer Financial, FLCA's complaint (Docs. 1, 21) is **EXENDED**. **Defendants SHALL file their response by no later than March 6, 2025**.

IT IS SO ORDERED.

Dated:    **February 2, 2025**              /s/ *Sheila K. Oberto*

                                                            UNITED STATES MAGISTRATE JUDGE