| | |
|---|---|
| Christopher Lovrien, CA Bar No. 230546<br>Joseph J. Boylan, CA Bar No. 331991<br>Joshua M. Mester, CA Bar No. 194783<br>JONES DAY<br>555 S. Flower St., 50th Floor<br>Los Angeles, CA 90071<br>Telephone:  +1.213.489.3939<br>Facsimile:   +1.213.243.2539<br>cjlovrien@jonesday.com<br>jboylan@jonesday.com<br>jmester@jonesday.com | Barry W. Lee (SBN 88685)<br>Misa Eiritz (SBN 307513)<br>Noro Mejlumyan (SBN 324145)<br>MANATT PHELPS & PHILLIPS LLP<br>One Embarcadero Center, 30th Floor<br>San Francisco, California 94111<br>Telephone: (415) 291-7400<br>Facsimile: (415) 291-7419<br>bwlee@manatt.com<br>meiritz@manatt.com<br>nmejlumyan@manatt.com |
| Darren Cottriel, CA Bar No. 184731<br>JONES DAY<br>3161 Michelson Dr., # 800<br>Irvine, CA 92612<br>Telephone:  +1 949.851.3939<br>Facsimile:   +1 949.553.7539<br>dcottriel@jonesday.com | C. Russell Georgeson (SBN 53589)<br>Robert J. Willis (SBN 317327)<br>GEORGESON LAW OFFICES<br>7491 North Remington Ave., Suite 100<br>Fresno, CA 93711<br>Telephone: (559) 447-8800<br>crgdanelaw@sbcglobal.net |
| William D. Coglianese (*pro hac vice*)<br>Michael Bradley (*pro hac vice*)<br>JONES DAY<br>51 Louisiana Ave. NW<br>Washington, DC 20001<br>Telephone:  +1.202.879.3939<br>Facsimile:   +1.202.626.1700<br>wcoglianese@jonesday.com<br>michaelbradley2@jonesday.com | *Attorneys for Defendant Kristie Iness* |

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA—FRESNO DIVISION

| | |
|---|---|
| COMPEER FINANCIAL, ACA<br>COMPEER FINANCIAL, PCA, and<br>COMPEER FINANCIAL, FLCA,<br><br>*Plaintiffs*,<br><br>v.<br><br>MICHAEL GRAHAM, CYNTHIA GRAHAM, DENNIS MORGAN, KRISTI INESS, and JD INVESTMENTS,<br><br>*Defendants*. | Civil Action No. 1:25-cv-00049-JLT-SKO<br><br>**ORDER RE JOINT STIPULATION BETWEEN PLAINTIFFS AND DEFENDANT KRISTIE INESS TO EXTEND TIME**<br><br>(Doc. 41) |

Plaintiffs Compeer Financial, ACA, Compeer Financial, PCA, and Compeer Financial, FLCA (collectively, "Plaintiffs") and Defendant Kristie Iness ("Iness") (collectively, "the Parties"), by and through undersigned counsel, enter this Joint Stipulation and state:

1. **WHEREAS**, Iness filed her motion to dismiss on March 20, 2025 (ECF 38);

2. **WHEREAS**, Local Rule 230(c) gives Plaintiffs 14 days from the filing of the motion to dismiss to oppose it;

3. **WHEREAS,** 14 days from March 20, 2025 is April 3, 2025;

4. **WHEREAS**, Federal Rule of Civil Procedure 15(a)(1)(B) gives Plaintiffs 21 days from the filing of the motion to dismiss to amend their complaint;

5. **WHEREAS**, 21 days from March 20, 2025 is April 10, 2025;

6. **WHEREAS**, counsel for Plaintiffs have requested a 7-day extension of time for Plaintiffs to oppose the motion to dismiss, in order for Plaintiffs to decide whether to oppose the motion to dismiss or file an amended complaint;

**NOW THEREFORE**, the Parties hereby stipulate and agree:

1. Under Federal Rule of Civil Procedure 6 and Local Rule 144, for good cause shown, the Parties, by and through their attorneys, stipulate to a 7-day extension of time for Plaintiffs to oppose the motion to dismiss, to **April 10, 2025**.

**IT IS SO STIPULATED.**

IT IS SO ORDERED.

Dated:   **March 31, 2025**          /s/ *Sheila K. Oberto*

UNITED STATES MAGISTRATE JUDGE

| | | | |
|---|---|---|---|
| Dated: March 28, 2025 | | By: | /s/ Joseph Boylan |
| | | | Joseph Boylan |

*Counsel for Plaintiffs Compeer Financial, ACA, Compeer Financial, PCA, and Compeer Financial, FLCA*

| | | | |
|---|---|---|---|
| Dated: March 28, 2025 | | By: | /s/ Barry Lee |
| | | | Barry Lee |

*Counsel for Defendant Kristie Iness*

| | | | |
|---|---|---|---|
| Dated: March 28, 2025 | | By: | /s/ C. Russell Georgeson |
| | | | C. Russell Georgeson |

*Counsel for Defendant Kristie Iness*

**ORDER**

In accord with the parties' stipulation, (Doc. 41), and for good cause shown, the time for Plaintiffs to oppose Defendant Iness's Motion to Dismiss, (Doc. 38), or file an amended complaint is **EXTENDED** to April 10, 2025.