## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMPEER FINANCIAL ACA, et al., | Case No. 1:25-cv-00049-JLT-SKO |
| Plaintiffs, | **ORDER GRANTING PLAINTIFFS' UNOPPOSED REQUEST TO SEAL AND REDACT DOCUMENTS** *NUNC PRO TUNC* |
| v. | |
| MICHAEL GRAHAM, et al., | (Doc. 45) |
| Defendants. | |

## I.   INTRODUCTION

On April 10, 2025, Plaintiffs Compeer Financial, ACA; Compeer Financial, PCA; and Compeer Financial, FLCA (collectively "Plaintiffs"), filed their Amended Complaint against Defendants Michael Graham; Cynthia Graham; Dennis Morgan; Kristi Iness; and JD Investments (collectively "Defendants") alleging theft of funds belonging to Plaintiffs. (Doc. 46.) Plaintiffs also filed an "Notice of Request to Seal and Redact Documents," that same day. (Doc. 45.) Plaintiffs seek leave to seal Exhibits AA and BB to the Amended Complaint and to redact portions of the Amended Complaint derived from those exhibits. (*Id*.) The request is unopposed.

For the reasons set forth below, Plaintiffs' unopposed request to redact these documents will be granted.

## II.   DISCUSSION

"Historically, courts have recognized a 'general right to inspect and copy public records

1  and documents, including judicial records and documents.'" *Kamakana v. City and Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (quoting *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 & n.7 (1978)). Courts in the Ninth Circuit "start with a strong presumption in favor of access to court records." *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003). Consequently, access to filings and their attachments that are "more than tangentially related to the merits of a case" may be limited only upon a showing of "compelling reasons" for redaction. *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1101–02 (9th Cir. 2016). Filings that are only tangentially related to the merits may be redacted upon a lesser showing of "good cause." *Id.* at 1097. Here, because the redaction request concerns exhibit to a pleading, the Court will apply the "compelling reasons" standard. *See Pardi v. Tricida, Inc.*, No. 21-CV-00076-HSG, 2023 WL 6165694, at *2 (N.D. Cal. Sept. 21, 2023) (applying the "compelling reasons" standard when considering whether to seal a complaint and collecting cases).

Plaintiffs seek to seal Exhibits AA and BB to the Amended Complaint, which are identified as the declarations of Defendants Dennis Morgan and Michael Graham, respectively, and to redact paragraphs ¶¶ 134–138, 140–145, and 152–159 of the Amended Complaint. (Doc. 45 at 2. *See also* Doc. 46 at ¶¶ 134–138, 140–145, and 152–159.) Plaintiffs contend that sealing and/or redaction of this information is appropriate to protect identifying information and sensitive financial information, including personal banking details, of Defendants Michael Graham, Cynthia Graham, and Dennis Morgan, and commercially sensitive information belonging to third parties. (*See* Doc. 45 at 2.)

Courts in this district have routinely granted motions to seal parties' financial and banking account information and/or the personally identifiable information of third-party individuals under the compelling reasons standard. *See, e.g., Jasibel Canchola v. Allstate Ins. Co.*, No. 8:23-CV-00734-FWS-ADS, 2024 WL 5275024, at *5 (C.D. Cal. Oct. 8, 2024) ("The court finds compelling reasons to seal this document because it contains financial information and personal identifying information of third parties."); *Soria v. U.S. Bank N.A.,* No. SACV 17-0060-3CJC(KESx), 2019 WL 8167925, at *4 (C.D. Cal. Apr. 25, 2019) ("There are compelling reasons to file this information under seal. The public has a minimal interest in the [plaintiff's] bank account

numbers . . . or other personal identifying information. Releasing this information may risk exposing [Plaintiff] to identity theft."); *Am. Auto. Ass'n of N. California, Nevada & Utah v. Gen. Motors LLC*, Case No. 17-CV-03874-LHK, 2019 WL 1206748, at *2 (N.D. Cal. Mar. 14, 2019) (finding that compelling reasons supports the sealing of personally identifiable information of third party individuals, including names, addresses, phone numbers, and email addresses); *Nursing Home Pension Fund v. Oracle Corp.*, No. C01-00988 MJJ, 2007 WL 3232267, at *2 (N.D. Cal. Nov. 1, 2007) ("The Ninth Circuit has found that compelling reasons exist to keep personal information confidential to protect an individual's privacy interest and to prevent exposure to harm or identity theft."). Accordingly, the Court finds that compelling reasons exist to seal and/or redact this information.

### III.     CONCLUSION AND ORDER

For the reasons set forth above, Plaintiffs' unopposed request to file Exhibits AA and BB to the Amended Complaint and the unredacted Amended Complaint under seal, and to file the Amended Complaint with redactions at paragraphs ¶¶ 134–138, 140–145, and 152–159, *nunc pro tunc*, is GRANTED (Doc. 45).

**By no later than two (2) days of the date of this Order**, Plaintiffs SHALL FILE UNDER SEAL in accordance with E.D. Cal. Local Rules 140(b), (d) and 141: (1) Exhibits AA and BB to the Amended Complaint and (2) the unredacted Amended Complaint.

IT IS SO ORDERED.

Dated:   **April 15, 2025**                    /s/ *Sheila K. Oberto*
                                               UNITED STATES MAGISTRATE JUDGE

3