Christopher Lovrien, CA Bar No. 230546
Joseph J. Boylan, CA Bar No. 331991
Joshua M. Mester, CA Bar No. 194783
JONES DAY
555 S. Flower St., 50th Floor
Los Angeles, CA 90071
Telephone:   +1.213.489.3939
Facsimile:   +1.213.243.2539
cjlovrien@jonesday.com
jboylan@jonesday.com
jmester@jonesday.com

Darren Cottriel, CA Bar No. 184731
JONES DAY
3161 Michelson Dr., # 800
Irvine, CA 92612
Telephone:   +1 949.851.3939
Facsimile:   +1 949.553.7539
dcottriel@jonesday.com

William D. Coglianese (*pro hac vice*)
Michael Bradley (*pro hac vice*)
JONES DAY
51 Louisiana Ave. NW
Washington, DC 20001
Telephone:   +1.202.879.3939
Facsimile:   +1.202.626.1700
wcoglianese@jonesday.com
michaelbradley2@jonesday.com

*Attorneys for Plaintiffs*

Barry W. Lee (SBN 88685)
Misa Eiritz (SBN 307513)
Noro Mejlumyan (SBN 324145)
MANATT PHELPS & PHILLIPS LLP
One Embarcadero Center, 30th Floor
San Francisco, California 94111
Telephone: (415) 291-7400
Facsimile: (415) 291-7419
bwlee@manatt.com
meiritz@manatt.com
nmejlumyan@manatt.com

C. Russell Georgeson (SBN 53589)
Robert J. Willis (SBN 317327)
GEORGESON LAW OFFICES
7491 North Remington Ave., Suite 100
Fresno, CA 93711
Telephone: (559) 447-8800
crgdanelaw@sbcglobal.net

*Attorneys for Defendant Kristie Iness*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA—FRESNO DIVISION

| | |
|---|---|
| COMPEER FINANCIAL, ACA COMPEER FINANCIAL, PCA, and COMPEER FINANCIAL, FLCA, <br><br> *Plaintiffs*, <br><br> v. <br><br> MICHAEL GRAHAM, CYNTHIA GRAHAM, DENNIS MORGAN, KRISTI INESS, and JD INVESTMENTS, <br><br> *Defendants*. | Civil Action No. 1:25-cv-00049-JLT-SKO <br><br> **JOINT STIPULATION BETWEEN PLAINTIFFS AND DEFENDANT KRISTIE INESS TO EXTEND TIME; AND** <br><br> **[PROPOSED] ORDER** <br><br> Judge:         Hon. Jennifer L. Thurston <br> Trial Date:   None Set <br> Action Filed: January 10, 2025 |

STIP. TO EXTEND TIME

Plaintiffs Compeer Financial, ACA, Compeer Financial, PCA, and Compeer Financial, FLCA (collectively, "Plaintiffs") and Defendant Kristie Iness ("Iness") (collectively, "the Parties"), by and through undersigned counsel, enter this Joint Stipulation and state:

**1.**   **WHEREAS**, Iness filed her motion to dismiss Plaintiffs' Amended Complaint on April 24, 2025 (ECF 52);

**2.**   **WHEREAS**, Local Rule 230(c) gives Plaintiffs 14 days from the filing of the motion to dismiss to answer or file an opposition;

**3.**   **WHEREAS,** 14 days from April 24, 2025 is May 8, 2025;

**4.**   **WHEREAS**, counsel for Plaintiffs have requested a 14-day extension of time for Plaintiffs to oppose the motion to dismiss;

**5.**   **WHEREAS**, counsel for Iness have consented to the 14-day extension,

**NOW THEREFORE**, the Parties hereby stipulate and agree:

1.   Under Federal Rule of Civil Procedure 6 and Local Rule 144, for good cause shown, the Parties, by and through their attorneys, stipulate to a 14-day extension of time for Plaintiffs to oppose the motion to dismiss; Plaintiffs' Opposition shall be filed and served on or before **May 22, 2025**.

**IT IS SO STIPULATED.**

Dated: May 1, 2025          By:   /s/ Joseph Boylan
                                  Joseph Boylan

                                  *Counsel for Plaintiffs Compeer Financial, ACA, Compeer Financial, PCA, and Compeer Financial, FLCA*

Dated: May 1, 2025          By:   /s/ Barry Lee
                                  Barry Lee

                                  *Counsel for Defendant Kristie Iness*

Dated: May 1, 2025          By:   /s/ C. Russell Georgeson
                                  C. Russell Georgeson

                                  *Counsel for Defendant Kristie Iness*

**ORDER**

In accord with the parties' stipulation and for good cause, the time for Plaintiffs to oppose Defendant Iness's motion to dismiss is extended to **May 22, 2025**.

IT IS SO ORDERED.

Dated: **May 1, 2025**

*/s/ Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE