Christopher Lovrien, CA Bar No. 230546
Joseph J. Boylan, CA Bar No. 331991
Joshua M. Mester, CA Bar No. 194783
JONES DAY
555 S. Flower St., 50th Floor
Los Angeles, CA 90071
Telephone:   +1.213.489.3939
Facsimile:    +1.213.243.2539
cjlovrien@jonesday.com
jboylan@jonesday.com
jmester@jonesday.com

Darren K. Cottriel, CA Bar No. 184731
JONES DAY
3161 Michelson Dr., # 800
Irvine, CA 92612
Telephone:   +1.949.851.3939
Facsimile:    +1.949.553.7539
dcottriel@jonesday.com

*Attorneys for Plaintiffs*

*[Additional Counsel Listed on Following Page]*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA—FRESNO DIVISION

| | |
|---|---|
| COMPEER FINANCIAL, ACA COMPEER FINANCIAL, PCA, and COMPEER FINANCIAL, FLCA, <br><br> *Plaintiffs*, <br><br> v. <br><br> MICHAEL GRAHAM, CYNTHIA GRAHAM, DENNIS MORGAN, KRISTI INESS, and JD INVESTMENTS, <br><br> *Defendants*. | Civil Action No. 1:25-cv-00049-JLT-SKO <br><br> **JOINT STATUS REPORT REGARDING STAY OF ACTION AS TO MICHAEL GRAHAM, CYNTHIA GRAHAM, DENNIS MORGAN AND J D INVESTMENTS** |

William D. Coglianese (*pro hac vice*)
JONES DAY
51 Louisiana Ave. NW
Washington, DC 20001
Telephone:    +1.202.879.3939
Facsimile:    +1.202.626.1700
wcoglianese@jonesday.com

*Attorneys for Plaintiffs*

Jacob S. Sarabian, CA Bar No. 322108
Sarabian Law, A.P.C.
720 W. Alluvial Ave.
Fresno, California 93711
Telephone: +1.559.710.1201
jsarabian@sarabianlaw.com

*Attorney for Defendants Michael Graham and Cynthia Graham*

Miles Ehrlich, CA Bar No. 237954
Alexander Setzepfandt, CA Bar No. 340207
EHRLICH & CRAIG LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone: +1.510.548.3600
Facsimile: +1.510.291.3060
miles@ehrlich-craig.com
alex@ehrlich-craig.com

*Attorneys for Defendants Dennis Morgan
and J D Investments*

JOINT STATUS REPORT RE STAY

Plaintiffs Compeer Financial, ACA, Compeer Financial, PCA, and Compeer Financial, FLCA (collectively, "Plaintiffs") and Defendants Michael and Cynthia Graham ("Graham Defendants") and Defendants Dennis Morgan and J D Investments ("Morgan Defendants"), together the "Stayed Parties," by and through undersigned counsel, hereby submit this Joint Status Report updating the Court on matters since the Stayed Parties' last Joint Status Report dated September 16, 2025.  ECF No. 68.

Plaintiffs represent that following the conclusion of the AAA arbitration between Plaintiffs and Corporate America Lending, Inc. ("CAL"), *see* ECF Nos. 59 and 68, Plaintiffs (i) moved to confirm the final three arbitration awards in the United States District Court for the District of Minnesota, and (ii) moved to expand the scope of the receivership that the District of Minnesota appointed over CAL.  Plaintiffs further represent that a hearing was held on December 11, 2025 on Plaintiffs' motions and the District of Minnesota indicated that it would be confirming the final three arbitration awards into a judgment.  As to Plaintiffs' motion to expand the scope of the receivership, Plaintiffs understand that a ruling will be forthcoming following the submission of additional briefing from Plaintiffs and CAL.  Finally, Plaintiffs represent that, to date, the receiver has been unable to locate and collect tens of millions of dollars owed to Plaintiffs.

The Stayed Parties further jointly provide the following updates as to the Joint Stipulations and Orders that were approved and so-ordered by the Court (*see* ECF Nos. 36, 37):

Stay of Action.  This action remains stayed as to both the Morgan and Graham Defendants until the earlier of March 15, 2026, or termination of the agreements to stay the action.  Per the Court's orders, the Parties may agree to extend the Stay Period without further approval from the Court so long as the Stay Period does not extend past March 15, 2026.  The Stayed Parties have conferred and agree to extend the Stay Period from December 18, 2025, to March 15, 2026.

Declarations of the Graham and Morgan Defendants.  In accordance with the Joint Stipulations and Orders, the Morgan and Graham Defendants each provided a declaration and copies of documents referenced therein to Plaintiffs. The declarations and accompanying

JOINT STATUS REPORT RE STAY

documents were filed under seal in this action on April 10, 2025.

Additional Discovery.  In accordance with the Joint Stipulations and Orders, on March 31 and April 7, 2025, Plaintiffs made requests for additional, targeted document discovery from the Morgan Defendants and Graham Defendants, respectively.  On June 11, 2025, the Morgan Defendants made a supplemental production of documents responsive to Plaintiffs' requests. The Graham Defendants have not formally responded to Plaintiffs' requests for additional discovery, but counsel for Plaintiffs and the Graham Defendants continue to meet and confer in good faith regarding the additional discovery.

Termination.  To date, no Stayed Party has provided notice of a Termination Event.

## CONCLUSION

In accordance with the Court's orders and the Stayed Parties' agreement to extend the Stay Period (which may be extended to March 15, 2026 by mutual agreement of the Stayed Parties and without Court approval), this action remains stayed as to both the Morgan and Graham Defendants until the earlier of March 15, 2026, or termination of the agreements to stay the action.  The Stayed Parties will submit their next joint status report in 90 days, pursuant to the Court's orders.

Dated: December 15, 2025   By:   *s/ Joseph J. Boylan*
                                        Joseph J. Boylan

*Counsel for Plaintiffs Compeer Financial, ACA, Compeer Financial, PCA, and Compeer Financial, FLCA*

Dated: December 15, 2025   By:   *s/ Jacob Sarabian*
                                        Jacob Sarabian

*Counsel for Defendants Michael and Cynthia Graham*

Dated: December 15, 2025   By:   *s/ Alexander Setzepfandt*
                                        Alexander Setzepfandt

*Counsel for Defendants Dennis Morgan and J D Investments*

JOINT STATUS REPORT RE STAY