Christopher Lovrien, CA Bar No. 230546
Joseph J. Boylan, CA Bar No. 331991
Joshua M. Mester, CA Bar No. 194783
JONES DAY
555 S. Flower St., 50th Floor
Los Angeles, CA 90071
Telephone:   +1.213.489.3939
Facsimile:    +1.213.243.2539
cjlovrien@jonesday.com
jboylan@jonesday.com
jmester@jonesday.com

Darren K. Cottriel, CA Bar No. 184731
JONES DAY
3161 Michelson Dr., # 800
Irvine, CA 92612
Telephone:   +1.949.851.3939
Facsimile:    +1.949.553.7539
dcottriel@jonesday.com

*Attorneys for Plaintiffs*

*[Additional Counsel Listed on Following Page]*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA—FRESNO DIVISION

| | |
|---|---|
| COMPEER FINANCIAL, ACA COMPEER FINANCIAL, PCA, and COMPEER FINANCIAL, FLCA, <br><br> *Plaintiffs*, <br><br> v. <br><br> MICHAEL GRAHAM, CYNTHIA GRAHAM, DENNIS MORGAN, KRISTI INESS, and JD INVESTMENTS, <br><br> *Defendants*. | Civil Action No. 1:25-cv-00049-JLT-SKO <br><br> **JOINT STIPULATION BETWEEN PLAINTIFFS AND MICHAEL GRAHAM, CYNTHIA GRAHAM, DENNIS MORGAN, AND J D INVESTMENTS; ORDER** <br><br> (Doc. 71) |

William D. Coglianese (*pro hac vice*)
JONES DAY
51 Louisiana Ave. NW
Washington, DC 20001
Telephone:    +1.202.879.3939
Facsimile:     +1.202.626.1700
wcoglianese@jonesday.com

*Attorneys for Plaintiffs*

Jacob S. Sarabian, CA Bar No. 322108
Sarabian Law, A.P.C.
720 W. Alluvial Ave.
Fresno, California 93711
Telephone: +1.559.710.1201
jsarabian@sarabianlaw.com

*Attorney for Defendants Michael Graham and Cynthia Graham*

Miles Ehrlich, CA Bar No. 237954
Alexander Setzepfandt, CA Bar No. 340207
EHRLICH & CRAIG LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone: +1.510.548.3600
Facsimile: +1.510.291.3060
miles@ehrlich-craig.com
alex@ehrlich-craig.com

*Attorneys for Defendants Dennis Morgan
and J D Investments*

STIP. BETWEEN PLS. AND DEFS.
MICHAEL AND CYNTHIA GRAHAM,
DENNIS MORGAN, AND J D INVEST.

Plaintiffs Compeer Financial, ACA, Compeer Financial, PCA, and Compeer Financial, FLCA (collectively, "Plaintiffs") and Defendants Michael and Cynthia Graham ("Graham Defendants") and Defendants Dennis Morgan and J D Investments ("Morgan Defendants"), together the "Stayed Parties," by and through undersigned counsel, hereby enter this Joint Stipulation and state as follows:

**WHEREAS**, in March 2025, the Stayed Parties entered into Joint Stipulations and Orders that were approved and so-ordered by the Court (ECF Nos. 36, 37) ("the Orders");

**WHEREAS**, the Orders stayed this lawsuit for the Stayed Parties in accordance with the terms set forth therein;

**WHEREAS**, the Orders provide that "[t]he parties may not mutually agree to extend the stay period past March 15, 2026 without further approval from the Court";

**WHEREAS**, on March 20, 2025, Defendant Kristi Iness, who is not one of the Stayed Parties or subject to the Orders, filed a Motion to Dismiss Plaintiffs' claims against her (ECF No. 38);

**WHEREAS**, Defendant Iness's Motion to Dismiss is currently pending;

**WHEREAS**, the Stayed Parties continue to desire to eliminate or narrow their disputes to the extent possible, and to avoid burdening one another and the Court with motion practice and discovery which may be avoidable through continued engagement and cooperation in good faith;

**NOW THEREFORE**, the Parties hereby stipulate and agree:

The stay currently in place pursuant to the Orders (ECF Nos. 36, 37) will extend until (i) September 30, 2026, or (ii) thirty days (30) after the Court issues a decision on Defendant Iness's Motion to Dismiss (ECF No. 38), whichever comes later.  For the avoidance of doubt, the terms of the Orders will continue to govern the stay, including the termination provisions and the requirement for the Stayed Parties to submit a Joint Status Report every ninety (90) days.

STIP. BETWEEN PLS. AND DEFS.
MICHAEL AND CYNTHIA GRAHAM,
DENNIS MORGAN, AND J D INVEST.

**IT IS SO STIPULATED**

Dated: March 13, 2026                    By:    s/ Joseph .J. Boylan
                                                Joseph J. Boylan

                                                *Counsel for Plaintiffs Compeer Financial, ACA, Compeer Financial, PCA, and Compeer Financial, FLCA*

Dated: March 13, 2026                    By:    s/ Jacob Sarabian  (as  authorized  on March 13, 2026)
                                                Jacob Sarabian

                                                *Counsel for Defendants Michael and Cynthia Graham*

Dated: March 13, 2026                    By:    s/ Alexander Setzepfandt (as authorized on March 13, 2026)
                                                Alexander Setzepfandt

                                                *Counsel for Defendants Dennis Morgan and J D Investments*

## ORDER

The above stipulation is GRANTED.  The stay currently in place pursuant to the March 17, 2025, and March 20, 2025, Orders, (Docs. 36, 37), will extend until the later of either (i) September 30, 2026, or (ii) thirty days (30) after the Court issues a decision on Defendant Iness's Motion to Dismiss, (Doc. 38).  The terms of the March 17, 2025, and March 20, 2025, Orders will continue to govern the stay, including the termination provisions and the requirement for the Stayed Parties to submit a Joint Status Report every ninety (90) days.

IT IS SO ORDERED.

Dated:    **March 19, 2026**                        /s/ *Sheila K. Oberto*

                                                UNITED STATES MAGISTRATE JUDGE

STIP. BETWEEN PLS. AND DEFS.
MICHAEL AND CYNTHIA GRAHAM,
DENNIS MORGAN, AND J D INVEST.