# UNITED STATES DISTRICT COURT

EASTERN **District of** CALIFORNIA

| | |
|---|---|
| COMPEER FINANCIAL, ACA, et al<br>Plaintiff (s),<br><br>V.<br><br>MICHAEL GRAHAM, et al<br>Defendant (s), | **CONSENT ORDER GRANTING<br>SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: 1:25-cv-00049-JLT |

Notice is hereby given that, subject to approval by the court, ___Dennis Morgan and JD Investments___ substitutes
(Party (s) Name)

___C. Russell Georgeson___ , State Bar No. ___53589___ as counsel of record in place
(Name of New Attorney)

place of ___Miles Ehrlich, EHRLICH & CRAIG LLP and Alex Setzepfandt, EHRLICH & CRAIG LLP___ .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Georgeson Law Offices

Address: 7491 N. Remington Ave., Suite 100, Fresno, California 93711

Telephone: 559-447-8800          Facsimile 559-447-0747

E-Mail (Optional): crgdanelaw@sbcglobal.net

| | |
|---|---|
| I consent to the above substitution. | Dennis Morgan *[signature]* |
| Date: May 5, 2026 | Dennis Morgan for JD Investments *[signature]*<br>(Signature of Party (s)) |
| I consent to being substituted. | /s/ Alex Setzepfandt |
| Date: May 5, 2026 | /s/ Miles Ehrlich<br>(Signature of Former Attorney (s)) |
| I consent to the above substitution. | |
| Date: May 5, 2026 | /s/ C. Russell Georgeson<br>(Signature of New Attorney) |

The substitution of attorney is hereby approved and so ORDERED.

Date: _____          _____
Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**