# UNITED STATES DISTRICT COURT

EASTERN **District of** CALIFORNIA

COMPEER FINANCIAL, ACA, et al
                                        Plaintiff (s),

V.

MICHAEL GRAHAM, et al

                                        Defendant (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

CASE NUMBER:  1:25-cv-00049-JLT

Notice is hereby given that, subject to approval by the court,     Dennis Morgan and JD Investments     substitutes
                                                                                        (Party (s) Name)

        C. Russell Georgeson                , State Bar No.        53589        as counsel of record in place
                (Name of New Attorney)

place of     Miles Ehrlich, EHRLICH & CRAIG LLP and Alex Setzepfandt, EHRLICH & CRAIG LLP          .
                                (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

        Firm Name:        Georgeson Law Offices

        Address:          7491 N. Remington Ave., Suite 100, Fresno, California 93711

        Telephone:        559-447-8800                         Facsimile  559-447-0747

        E-Mail (Optional):     crgdanelaw@sbcglobal.net

I consent to the above substitution.

Date:        May 5, 2026

Dennis Morgan   *Dennis Morgan*

Dennis Morgan for JD Investments   *Dennis Morgan*
                                        (Signature of Party (s))

I consent to being substituted.

Date:        May 5, 2026

/s/ Alex Setzepfandt

/s/ Miles Ehrlich
        (Signature of Former Attorney (s))

I consent to the above substitution.

Date:        May 5, 2026

/s/ C. Russell Georgeson
        (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:        May 12, 2026

*Erin Suy Castello*

        Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**