Christopher Lovrien, CA Bar No. 230546
Joseph J. Boylan, CA Bar No. 331991
Joshua M. Mester, CA Bar No. 194783
JONES DAY
555 S. Flower St., 50th Floor
Los Angeles, CA 90071
Telephone: +1.213.489.3939
Facsimile: +1.213.243.2539
cjlovrien@jonesday.com
jboylan@jonesday.com
jmester@jonesday.com

Darren Cottriel, CA Bar No. 184731
JONES DAY
3161 Michelson Dr., # 800
Irvine, CA 92612
Telephone: +1 949.851.3939
Facsimile: +1 949.553.7539
dcottriel@jonesday.com

William D. Coglianese (*pro hac vice*)
Michael Bradley (*pro hac vice*)
JONES DAY
51 Louisiana Ave. NW
Washington, DC 20001
Telephone: +1.202.879.3939
Facsimile: +1.202.626.1700
wcoglianese@jonesday.com
michaelbradley2@jonesday.com

*Attorneys for Plaintiffs*

*[Additional Counsel Listed on Following Page]*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA—FRESNO DIVISION

COMPEER FINANCIAL, ACA
COMPEER FINANCIAL, PCA, and
COMPEER FINANCIAL, FLCA,

*Plaintiffs*,

v.

MICHAEL GRAHAM, CYNTHIA GRAHAM, DENNIS MORGAN, KRISTI INESS, and JD INVESTMENTS,

*Defendants*.

Civil Action No. 1:25-cv-00049-JLT-EGC

**JOINT STIPULATION TO STAY ACTION; ORDER**

(Doc. 91)

Jacob S. Sarabian, CA Bar No. 322108
Joshua P. Jendian, CA Bar No. 357858
SARABIAN LAW
7471 N Remington Ave #101
Fresno, California 93711
Telephone: +1.559.710.1201
jsarabian@sarabianlaw.com
jjendian@sarabianlaw.com

*Attorneys for Michael Graham and Cynthia Graham*

C. Russell Georgeson, CA Bar No. 53589
Robert J. Willis, CA Bar No. 317327
GEORGESON LAW OFFICES
7491 North Remington Ave., Suite 100
Fresno, CA 93711
Telephone: +1.559.447.8800
crgdanelaw@sbcglobal.net

*Attorneys for Dennis Morgan and J D Investments*

Scott D. Laird, CA Bar No. 190122
Marisa L. Balch, CA Bar No. 258332
WANGER JONES HELSLEY PC
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: +1 559.233.4800, Ext. 107
Facsimile: +1 559.233.9330
slaird@wjhattorneys.com
mbalch@wjhattorneys.com

*Attorneys for Kristie Iness*

Plaintiffs Compeer Financial, ACA, Compeer Financial, PCA, and Compeer Financial, FLCA (collectively, "Plaintiffs") and Defendants Michael and Cynthia Graham ("Graham Defendants"), Defendants Dennis Morgan and J D Investments ("Morgan Defendants") and Defendant Kristie Iness ("Defendant Iness"), together (collectively, the "Parties") by and through undersigned counsel, hereby enter this Joint Stipulation and state as follows:

**WHEREAS**, on January 10, 2025, Plaintiffs filed a complaint against the Defendants in the United States District Court for the Eastern District of California assigned Case No. 1:25-cv-00049 (the "Action");

**WHEREAS**, Plaintiffs allege that in April 2024, Corporate America Lending, Inc. ("CAL") and its president Ron Cook received approximately $58,187,976.50 of proceeds which Plaintiffs contend is their property, of which certain funds were subsequently transferred to accounts belonging to the Defendants (the "Transferred Funds");

**WHEREAS**, the Defendants each generally deny the allegations of the complaint;

**WHEREAS**, on March 20, 2025, Defendant Iness filed a Motion to Dismiss Plaintiffs' claims against her (ECF No. 38);

**WHEREAS**, Plaintiffs, the Graham Defendants, and the Morgan Defendants agreed to a stay of this action as to those defendants that was entered by the Court (ECF Nos. 36, 37);

**WHEREAS**, on March 13, 2026, Plaintiffs, the Graham Defendants, and the Morgan Defendants, stipulated to further extend the existing stay of the Action as to the Graham Defendants and the Morgan Defendants considering that Defendant Iness's Motion to Dismiss remained pending (ECF No. 71);

**WHEREAS**, on July 31, 2026, Judge Jennifer L. Thurston issued an order denying Defendant Iness's Motion to Dismiss (ECF No. 80);

**WHEREAS**, the lawsuit remains stayed as to the Graham Defendants and the Morgan Defendants until September 30, 2026, as ordered by Magistrate Judge Sheila K. Oberto on March 19, 2026 (*See* ECF No. 72);

**WHEREAS**, the Initial Scheduling Conference is currently scheduled for December 1, 2026 at 9:45 AM before Magistrate Judge Erin Guy Castillo (ECF No. 90);

**WHEREAS**, in advance of the Initial Scheduling Conference, Plaintiffs and the Graham Defendants conducted a Rule 26(f) planning conference on August 25, 2026, during which they met-and-conferred in good faith on a variety of topics, including the subject of mediation;

**WHEREAS**, Plaintiffs and the Graham Defendants have identified mediator candidates and are planning to engage in mediation before the end of the year in an effort to resolve the various disputes between them;

**WHEREAS,** Plaintiffs, the Morgan Defendants, and Defendant Iness conducted a Rule 26(f) planning conference on August 26, 2026, during which they met-and-conferred in good faith on various topics, including the subject of mediation;

**WHEREAS,** Plaintiffs, the Morgan Defendants, and Defendant Iness are prepared to engage in mediation upon the conclusion of the contemplated mediation between Plaintiffs and the Graham Defendants;

**WHEREAS**, if the Parties are unable to resolve their disputes through mediation, the Morgan Defendants and the Graham Defendants each intend to file a motion to dismiss;

**WHEREAS,** Defendant Iness is also considering filing a cross-claim or third-party complaint against various other individuals or entities. The filing of such complaint shall not affect the stipulated stay between Plaintiffs and Defendant Iness;

**WHEREAS**, the Parties each desire to avoid burdening one another and the Court with additional motion practice, and intend to pursue mediation in good faith in an effort to eliminate or narrow the issues in dispute;

**WHEREAS**, even if mediation is unsuccessful, the Parties each desire to maintain a single, coordinated schedule for purposes of case management, discovery, and trial, so as to avoid burdening one another and the Court with duplicative proceedings;

**NOW THEREFORE**, the Parties hereby stipulate and agree:

**1.** Stay of Action. Except as set forth herein, the Action is stayed as to all Defendants until March 1, 2027 (the "Stay Period"). The Stay Period may be extended by the agreement of the Parties without further order of the Court. The Plaintiffs shall promptly provide notice

to the Court upon the extension or termination of the Stay Period. The stipulation to stay the action previously entered as between Compeer, the Graham Defendants, and the Morgan Defendants (ECF Nos. 36, 37) is hereby terminated and replaced by the terms of this stipulation.

**2.** Termination. Any Party may terminate this Joint Stipulation at will and without cause by providing written notice to all other Parties, which shall specify the intended termination date, which shall be no earlier than ten (10) days after the date of notice. Upon the expiration of the ten (10) day notice period, this Joint Stipulation shall automatically expire.

**3.** Status Reports. The Parties agree to provide a Joint Status Report to the Court on January 11, 2027, and request the Court set a continued Scheduling Conference for the month of March 2027. The Parties shall submit a Joint Scheduling Report in advance of the Scheduling Conference as provided by Federal Rule of Civil Procedure 26(f) and Local Rule 240.

**4.** Reservation of Rights. The Parties reserve all rights except as expressly set forth herein and agree that this Joint Stipulation does not resolve any of the disputes between them. For the avoidance of doubt, Plaintiffs maintain all claims to the Transferred Funds (including any assets or investments acquired with those Transferred Funds, and any distributions or profits received on such assets or investments) as described in the Complaint. The Defendants reserve and do not waive any defenses to such claims.

**IT IS SO STIPULATED.**

Dated: September 10, 2026 By: */s/ Joseph J. Boylan*

Joseph Boylan

*Counsel for Plaintiffs Compeer Financial, ACA, Compeer Financial, PCA, and Compeer Financial, FLCA*

Dated: September 10, 2026 By: */s/ Jacob Sarabian*

Jacob Sarabian

*Counsel for Defendants Michael and Cynthia Graham*

Dated: September 10, 2026 By: */s/ C. Russell Georgeson*
C. Russell Georgeson

*Counsel for Defendants Dennis Morgan and J D Investments*

Dated: September 10, 2026 By: */s/ Marisa L. Balch*
Marisa L. Balch

*Counsel for Defendant Kristie Iness*

**ORDER**

The Court is in receipt of the parties' "Joint Stipulation to Stay Action." (Doc. 91). The Stipulation is hereby GRANTED follows:

1. This litigation is STAYED pending the conclusion of mediation.
2. The prior stay as to the Graham Defendants and the Morgan Defendants, (Docs. 36, 37), is TERMINATED and SUPERSEDED by this Order.
3. The scheduling conference currently set for December 1, 2026, (*see* Doc. 90), is VACATED.
4. Within seven (7) days of the conclusion or cancellation of the mediation, the parties SHALL file either a (1) Notice of Settlement or (2) Joint Status Report, at which point the scheduling conference shall be re-set if appropriate.

IT IS SO ORDERED.

Dated: **September 11, 2026**

Erin Sun Castillo
UNITED STATES MAGISTRATE JUDGE